UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAUL DILLON, *on behalf of himself and all similarly situated persons and entities*<br>Plaintiff,<br><br>v.<br><br>THE LEAZER GROUP, INC. *a North Carolina corporation,* BENNY ART LEAZER, *an individual and citizen of the State of North Carolina*<br>Defendants. | **JUDGMENT**<br><br>No. 5:18-CV-222-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss plaintiff's complaint for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 18, 2019, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on April 10, 2019, and Copies To:**
Scott C. Harris  (via CM/ECF Notice of Electronic Filing)
Jeffrey Lawrence Roether / Shannon R. Joseph (via CM/ECF Notice of Electronic Filing)


April 10, 2019                PETER A. MOORE, JR., CLERK

                                /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk